## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    VS.                        CRIMINAL NO. 3:06 cr 261 (PCD)

LUIS LUCIANO

### ORDER OF DISMISSAL

On January 17, 2007, the defendant pled guilty to Count 11 of the Indictment in the above-captioned case. On April 25, 2007 a Judgment entered as to the defendant.

IT IS HEREBY ORDERED that Count 1 of the original Indictment in the above-captioned case be dismissed as to the defendant.

SO ORDERED.

Dated at New Haven, Connecticut, this 3rd day of March, 2009.

                                   /s/
                                   Peter C. Dorsey, Senior
                                   U.S. District Judge