# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    VS.                          CRIMINAL NO. 3:06 cr 261 (PCD)

LUIS LUCIANO

## AMENDED ORDER OF DISMISSAL

On January 17, 2007, the defendant pled guilty to Count 11 of the  Indictment in the above-captioned case.  On April 25, 2007 a Judgment entered as to the defendant.

IT IS HEREBY ORDERED that Count 2 of the original Indictment in the above-captioned case be dismissed as to the defendant.

SO ORDERED.

Dated at New Haven, Connecticut, this 3rd day of March, 2009.


/s/_____
_____Peter C. Dorsey, Senior
                                   U.S. District Judge